

ORDERED in the Southern District of Florida on July 30, 2015.

IN THE UNITED STATES
FOR THE SOUTHERN DI
FORT LAUDERD

John K. Olson, Judge
United States Bankruptcy Court

In Re:

DIDINA RUCK,                                Case No. 15-12689-JKO
                                            Chapter 13
        Debtor.
_____/

**ORDER CONTINUING HEARING ON REGIONS BANK'S
MOTION FOR RELIEF FROM AUTOMATIC STAY [DOC. 22]**

THIS CASE came before the Court at the hearing on Tuesday, July 28, 2015, at 9:30 a.m. upon the Motion for Relief from Automatic Stay filed by Regions Bank (the "**Motion**") [Doc. 22].  Accordingly, it is

**ORDERED** that the hearing on the Motion is continued to Tuesday, September 15, 2015, 2015 at 9:30 a.m. at the United States Court House, 299 E. Broward Blvd., #301, Fort Lauderdale, Florida 33301.

Attorney Starlett M. Massey is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of the entry of this Order.